**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

MICHAEL MERRITT KOSTENKO,

        Plaintiff,

v.                           CIVIL ACTION NO.  5:07-cv-00462

MOHAMMAD RANAVAYA, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion filed this day, Defendants' Motions to Dismiss [Dockets 6, 9, 13, 15, 17, 19, 21, 23, 26, 28, 33 and 39] are **GRANTED**.  The Court accordingly **DENIES** Plaintiff's Motion to Amend [Docket 66], **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint [Docket 1], and **DIRECTS** the Clerk to remove this case from the Court's docket.  The Court further **DIRECTS** the Clerk to send a certified copy of this Judgment Order and accompanying Memorandum Opinion to counsel of record, Plaintiff *pro se*, and Magistrate Judge VanDervort.

ENTER:      March 12, 2008

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE